UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Stephanie M. Bowers, | ) | Civil Action No. 6:05-1657-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jo Anne B. Barnhart, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This is a social security case in which judgment was entered on July 18, 2006, and an Order entered July 17, 2006, that the decision of the Commissioner was reversed and the case remanded to the Commissioner under sentence four, 42 U.S.C. § 405(g) for further proceedings.

The parties have stipulated to an award of attorneys' fees to plaintiff's counsel under the Equal Access to Justice Act (EAJA) in the total amount of $4,130.00. It is, therefore,

ORDERED that defendant pay $4,130.00 in attorneys' fees under the EAJA and that this payment shall constitute a complete release from and bar to any and all claims the Plaintiff may have relating to EAJA fees and costs in connection with this action.

IT IS FURTHER ORDERED that this award is without prejudice to the rights of plaintiff's counsel to seek attorney fees under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

s/Henry M. Herlong, Jr.
United States District Judge

September 12, 2006

Greenville, South Carolina